**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RYAN VINCENT GOOCH,** | : | |
| | : | |
| **Plaintiff,** | : | **NO. 5:13-cv-317 (MTT) (CHW)** |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGIA DEPARTMENT OF** | : | |
| **CORRECTIONS,** *et al.*, | : | |
| | : | **Proceedings Under 42 U.S.C. §1983** |
| **Defendants.** | : | **Before the U.S. Magistrate Judge** |
| _____: | | |

## RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE

Plaintiff Ryan Vincent Gooch commenced this *pro se* civil rights action on September 3, 2013. (Doc. 1). On September 18, 2013, the Court issued an order providing instructions to the parties, and warning Plaintiff that he must diligently prosecute his action or face the possibility of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. 5). On November 25, the Defendants filed a Motion to Dismiss Plaintiff's Complaint. (Doc. 12). The Court ordered Plaintiff to file a written response, (Doc. 13), and after no response was filed, the Court ordered Plaintiff to show cause as to why his case should not be dismissed for failure to prosecute. (Doc. 14). The show-cause deadline was April 15, 2014. As of the date of this Recommendation, however, Plaintiff still has not responded either to the Defendants' Motion to Dismiss or to the Court's Show-Cause Order.

Because Plaintiff has failed to prosecute this action, the Court has no other choice than to conclude that Plaintiff has abandoned his claims. Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** with prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the parties may

serve and file written objections to this Recommendation with the District Judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED,** this 16th day of April, 2014.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge